

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-13-00330-CR

Raymond **CLARK**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4130
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

A majority of the en banc court denies appellant's motion for rehearing en banc. *See* TEX. R. APP. P. 41.2, 49.7.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court